### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**UNDRANECKIO BRASSFIELD**                                              **PETITIONER**
**MDOC inmate #L6103**

**VERSUS**                                              **CAUSE NO. 1:15-cv-122-LG-RHW**

**RON KING, Superintendent**                                              **RESPONDENT**

### FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this Petition for Writ of Habeas Corpus is **DENIED** and this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 22nd day of July, 2015.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE