# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**UNDRANECKIO BRASSFIELD**                                 **PETITIONER**
**MDOC inmate #L6103**

**VERSUS**                                 **CAUSE NO. 1:15-cv-122-LG-RHW**

**RON KING, Superintendent**                                 **RESPONDENT**

## CERTIFICATE OF APPEALABILITY - DENIED

A final order adverse to the applicant having been filed in the captioned habeas

corpus case, in which the detention complained of arises out of process issued by a state

court, this Court, considering the record in the case and the requirements of 28 U.S.C.

§ 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the

Rules Governing Section 2254 Cases in the United States District Courts, hereby finds

that a Certificate of Appealability should not issue.  The applicant has failed to make

a substantial showing of the denial of a constitutional right.

**SO ORDERED AND ADJUDGED** this the 22nd day of July, 2015.


s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE